ORIGINAL

# United States District Court
## Southern District of Georgia

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.
2015 JUL 23 AM 8:59
[signature]
SO. DIST. OF GA.

Benertha Spencer,

_____
Plaintiff

Case No. 1:14-CV00ERK

v. OTIS ELEVATOR COMPANY, AND BAYLINE LIFT TECHNOLOGIES, LLC
_____
Defendant

Appearing on behalf of

DEFENDANT BAYLINE LIFT TECHN(
_____
(Plaintiff/Defendant)

## ORDER OF ADMISSION

It appearing to the Court that the requirements stated in LR 83.4 for admission *pro hac vice* have been satisfied, **Petitioner's** request to appear *pro hac vice* in the United States District Court for the Southern District of Georgia in the subject case is **GRANTED**.

This 22nd day of July, 2015.

[signature]
UNITED STATES DISTRICT/MAGISTRATE JUDGE

*****

| | |
|---|---|
| NAME OF PETITIONER: | PAYTON DEWEL BRAMLETT |
| Business Address: | VERNIS & BOWLING OF ATLANTA, LLC |
| | Firm/Business Name |
| | 7100 PEACHTREE DUNWOODY ROAD, SUITE 300 |
| | Street Address |
| | ATLANTA   GA   30328 |
| | Street Address (con't)  City  State  Zip |
| | SAME AS STREET ADDRESS |
| | Mailing Address (if other than street address) |
| | Address Line 2   City   State   Zip |
| | (404) 846-2001     152401 |
| | Telephone Number (w/ area code)   Georgia Bar Number |
| Email Address: | PBRAMLETT@GEORGIA-LAW.COM |